

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-13-00739-CR

Andres R. **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0183
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to May 30, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court